# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LAUREN MINNITI, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 13-cv-60246 |
| v. ) ) ) | Hon. K. Michael Moore. |
| TELIGENCE CORPORATION, a Canadian corporation, TELIGENCE (CANADA) LTD., a Canadian Corporation, TELIGENCE HOLDINGS INC., a Nevada corporation, and TELIGENCE (US), LLC, a Nevada limited liability company. ) ) ) ) ) ) ) | |
| Defendants. ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and pursuant to Stipulation of the Parties, Plaintiff hereby voluntarily dismisses all claims individually asserted in this matter with prejudice, each Party to bear their own costs and attorneys' fees. The claims asserted on behalf of the proposed Class are dismissed without prejudice.

Date: July 8, 2013

LAUREN MINNITI, individually and on behalf of all others similarly situated

By: /s/ Joseph J. Siprut
One of the Attorneys for Plaintiff

Joseph J. Siprut (admitted *pro hac vice*)
jsiprut@siprut.com
**SIPRUT PC**
17 North State Street, Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.948.9196

Respectfully submitted,

TELIGENCE CORPORATION, TELIGENCE (CANADA) LTD., TELIGENCE HOLDINGS INC., and TELIGENCE (US), LLC

By: /s/ Anthony P. Kim
One of the Attorneys for Defendants

Antony P. Kim
akim@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street NW
Washington DC  20005
202.339.8493
Fax: 202.339.8500

Edmund Normand
*ednormand@whkpa.com*
**Wooten, Kimbrough & Normand P.A**.
236 S. Lucerne Circle
Orlando, Florida 32801
407.843.7060

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Stipulation of Voluntary Dismissal With Prejudice** was filed this 8th day of July, 2013, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

    /s/ Joseph J. Siprut

4830-6242-9972, v. 1